# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERRY CONLEY and GEORGETTA CONLEY, | Case No.: 2:10-cv-01260-GMN-RJJ |
| Plaintiffs, | **ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE** |
| vs. | |
| JOHN DEJULIO, THE MORTGAGE STORE, R K ARNOLD, MICHAEL J WILLIAMS, AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Defendants. | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is **DISMISSED** without prejudice as to **Defendants JOHN DEJULIO and THE MORTGAGE STORE.**

DATED this 27th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge