UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY CONLEY and GEORGETTA CONLEY, <br><br>      Plaintiffs, <br><br> vs. <br><br> R K ARNOLD, <br><br>      Defendant. | Case No.: 2:10-cv-01260-GMN-RJJ <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m), FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiffs having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is **DISMISSED** without prejudice as to: **R. K. ARNOLD**.

DATED this 1st day of April, 2011.

_____
Gloria M. Navarro
United States District Judge